UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HOWARD COHAN,                            CASE NO. 20-04695

    Plaintiff,

vs.                                      INJUNCTIVE RELIEF SOUGHT

BOLINGBROOK MOTEL, INC.,
d/b/a HAMPTON INN & SUITES
BOLINGBROOK,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Bolingbrook Motel, Inc., d/b/a Hampton Inn & Suites Bolingbrook ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the captioned case be voluntarily dismissed with prejudice without costs or fees being assessed by the Court.

Jointly submitted this 29th day of January, 2021.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Robert M. Kaplan | By: /s/ Lisa Handler Ackerman |
| Counsel for the Plaintiff | Counsel for Defendant |
| **Law Offices of Robert M. Kaplan, PC** | Wilson Elser Moskowitz Edelman & Dicker |
| 1535 W. Schaumburg Rd., Suite 204 | 55 W. Monroe Street, Ste 3800 |
| Schaumburg, IL 60194 | Chicago, IL 60603 |
| Tel: (847) 895-9151 | Tel.: (312) 704-0550 |
| rmkap@robertkaplanlaw.com | lisa.ackerman@wilsonelser.com |