**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Howard Cohan
                                 Plaintiff,

v.                                                Case No.: 1:20–cv–04695
                                                         Honorable Charles R. Norgle Sr.

Bolingbrook Motel, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 10, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is voluntarily dismissed with prejudice and without costs or fees being assessed by the Court [11]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.